■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MARTIN, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Kings County (Kooper, J.), both rendered June 28, 1983.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.